UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 17-3090

_____

UNITED STATES OF AMERICA

v.

LINDA TODD,
               Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Crim. No. 2-14-cr-00320-001)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  AMBRO, JORDAN, and VANASKIE, Circuit Judges

     The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. The Court's November 7, 2018 opinion in this matter is hereby VACATED. The Court's revised opinion in this matter shall issue concurrently with this order. Nothing herein disturbs the judgment entered on November 7, 2018.

                                 BY THE COURT,

                                 s/ Thomas I. Vanaskie
                                 Circuit Judge

Dated: December 14, 2018
PDB/cc: All Counsel of Record